IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LADONTE WHITE                                                               PLAINTIFF

v.                      No. 5:16-cv-136-DPM

ROBERT DITTRICH, Prosecuting
Attorney, Eleventh Judicial Circuit-Stuttgart          DEFENDANT

## ORDER

**1.** White hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 18 June 2016. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

**2.** White's complaint is insufficient too. The Court can't tell how White's rights were allegedly violated or what relief he wants from Dittrich. White must therefore file an amended complaint by 18 June 2016. If he doesn't, then his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**3.** The Court directs the Clerk to send White a § 1983 complaint form and an *in forma pauperis* application with a copy of this Order.

So Ordered.

*DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

 19 May 2016
_____