IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LADONTE WHITE                                              PLAINTIFF

v.                      No. 5:16-cv-136-DPM

ROBERT DITTRICH, Prosecuting Attorney,
Eleventh Judicial Circuit-Stuttgart                        DEFENDANT

## ORDER

White hasn't complied with the Court's 19 May 2016 Order; and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 June 2016