IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LADONTE WHITE                                                                    PLAINTIFF

v.                              No. 5:16-cv-136-DPM

ROBERT DITTRICH, Prosecuting Attorney,
Eleventh Judicial Circuit-Stuttgart                                           DEFENDANT

## JUDGMENT

White's complaint is dismissed without prejudice.


_____
D. P. Marshall Jr.
United States District Judge

21 June 2016